**CITY OF ST. LOUIS,**
**Plaintiff-Respondent**

v.

**Clair D. FOSTER, Defendant-Appellant.**

No. 50926.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 16, 1986.

Clair D. Foster, pro se.

John J. Morton, William R. Werner, Jennifer H. Fisher, St. Louis, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant, who was convicted of municipal ordinance violations, appeals from an order dismissing his applications for trial de novo in the Circuit Court of the City of St. Louis. We affirm. An extended opin-

ion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).